UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN BAKER,<br><br>                Plaintiff,<br><br>   v.<br><br>BELLEVUE MAYOR,<br><br>                Defendant. | CASE NO. 2:23-CV-00996-LK<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |

      This matter comes before the Court sua sponte. On August 21, 2023, the Court adopted the Report and Recommendation of United States Magistrate Judge S. Kate Vaughan, denied Mr. Baker's application to proceed in forma pauperis, and directed Mr. Baker to pay the full filing fee within 30 days of the date of its Order. Dkt. No. 10 at 2. The Court warned Mr. Baker that it would dismiss this action without prejudice absent a timely filing fee. *Id.* It also instructed the Clerk to close this case if Mr. Baker failed to pay the filing fee within the 30-day window. *Id.* To date, Mr. Baker has not paid the filing fee. The Court accordingly dismisses this action without prejudice

//

//

and directs the Clerk to close the matter.

Dated this 10th day of January, 2024.

*Lauren King*

Lauren King
United States District Judge